UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20070-CV-WILLIAMS

SAGAR R. DESAI,

    Plaintiff,

v.

ANKER TECHNOLOGY
CORPORATION, *et al.*,

    Defendants.

_____/

**ORDER TRANSFERRING CASE**

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Transfer. (DE 13.) Plaintiff represents that near-identical class actions are pending in the Northern District of Illinois and, therefore, transfer to the Northern District of Illinois will convenience the Parties and preserve judicial resources. (*Id.*) Defendants do not oppose Plaintiff's requested transfer. Accordingly, upon review of the motion and the record, and pursuant to 28 U.S.C. § 1404(a), it is **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion to Transfer is **GRANTED**. The Clerk of Court shall **TRANSFER** this case to the Northern District of Illinois.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE